UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE IAN OSBAND, | No. 2:13-cv-1755-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SAN QUENTIN STATE PRISON WARDEN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF No. 9.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Based upon the allegations in the original complaint and the amended complaint, it appears that plaintiff wishes to challenge his conditions of confinement at San Quentin State

1

1  Prison.  Specifically, he appears to challenge a rules violation report and/or the confiscation of his
2  personal property that occurred on or around August 14, 2013.  *See* ECF No. 1; ECF No. 5 at 4,
3  7, 11, and 12.[1]  Each of these claims arose at San Quentin State Prison, which is in Marin County.
4  Marin County lies within the venue of the Northern District of California.

5      The amended complaint names defendants located in this district who allegedly
6  "conspired" with officials at San Quentin.  For that reason alone, venue may be proper in this
7  district.  However, the court finds that the convenience of the parties and witnesses and the
8  interests of justice would be better served by transferring this action to the Northern District,
9  where venue is also proper.

10      Accordingly, IT IS HEREBY ORDERED that this case is transferred to the Northern
11  District of California.  *See* 28 U.S.C. §§ 84(a), 1404(a).

12  Dated:  November 5, 2013.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE

---

[1] Page number citations refer to those assigned by the court's electronic case management filing system and not those assigned by plaintiff.

2